1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )    No. CV-09-773-PHX-EHC (JRI)
                                             )    No. CR-05-759-PHX-EHC
10                  Plaintiff/Respondent,    )
                                             )    **ORDER**
11   vs.                                     )
                                             )
12                                           )
     Denys Ray Hughes,                       )
13                                           )
                    Defendant/Movant.        )
14                                           )
                                             )
15

16        On July 25, 2011, Magistrate Judge Jay R. Irwin issued a Report and

17   Recommendation (Doc. 30), regarding Movant's Motion to Vacate, Set Aside or Correct

18   Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The Magistrate Judge recommends denying

19   the Motion. Movant has not filed a Response or Objection to the Report and

20   Recommendation.[1]

21        The district court reviews de novo the portions of the Magistrate Judge's Report and

22   Recommendation to which there is a filed objection. 28 U.S.C. § 636(b)(1)(C) ("a judge of

23   the court shall make a de novo determination of those portions of the report ... to which

24   objection is made"); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.

25   _____

26        [1] The Court notes that a copy of the Report and Recommendation was mailed to
     Movant on July 25, 2011. On August 5, 2011, it was returned to the Clerk's Office marked
27   "Return to Sender" as Movant did not provide a forwarding address in violation of Local
     Rule 83.3(d) (Doc. 31). According to the Bureau of Prisons, as of September 14, 2011,
28   Movant has escaped and his location is unknown.

Case 2:09-cv-00773-EHC   Document 32   Filed 09/16/11   Page 2 of 2

1  2003). The district court is not required to review any issue that is not the subject of an

2  objection. Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1220 (D. Ariz. 2003), citing Thomas

3  v. Arn, 474 U.S. 140, 149 (1985).

4      The Court, having considered the record and the Report and Recommendation of the

5  Magistrate Judge, adopts the Report and Recommendation as the Order of Court.

6      Accordingly,

7      **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 30-

8  CV-09-773-PHX-EHC (JRI)) is adopted in full, including denial of a Certificate of

9  Appealability.

10      **IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct

11  Sentence (Doc. 1) is denied.

12      DATED this 14th day of September, 2011.

13

14  _____

15  Earl H. Carroll
   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28